**FILED**
Apr 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-MJ-00053-EPG |
|---|---|
| Plaintiff | UNSEALING ORDER |
| v. | |
| REGINALD KEITH CANNON, JR., | |
| Defendant. | |

Good cause appearing due to the defendant's pending initial appearance in the Eastern District of California on April 15, 2022, it is hereby ordered that the complaint, arrest warrant, and related court filings in the above matter, be UNSEALED.

DATED: April 14, 2022

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE