PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00119-ADA-BAM |
| Plaintiff, | STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; ORDER |
| v. | |
| REGINALD KEITH CANNON JR, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 12, 2023, with a time exclusion up to and including that date.

2. By this stipulation, the parties now move to vacate the status conference and set this case for a change of plea hearing on March 20, 2023. No time exclusion is required since time is already excluded through April 12, 2023.

IT IS SO STIPULATED.

STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING

1

| | |
|---|---|
| Dated:  February 27, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  February 27, 2023 | /s/ DARRYL YOUNG<br>DARRYL YOUNG<br>Counsel for Defendant<br>REGINALD KEITH CANNON JR |

**ORDER**

IT IS SO ORDERED that the status conference set for April 12, 2023, is vacated. A change of plea hearing is set for **March 20, 2023, at 8:30 a.m. before District Judge Ana de Alba**.  Time was previously excluded through April 12, 2023.

IT IS SO ORDERED.

Dated:   **February 27, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE