AO 247 (Rev. 03/19) - Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:22-cr-00119-ADA-BAM   Document 46   Filed 01/30/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
для the

__EASTERN__ District of __CALIFORNIA__

United States of America
v.
REGINALD KEITH CANNON, JR.

Case No: 1:22-CR-00119-ADA-BAM

USM No: 96299-509

Date of Original Judgment: 7/17/2023
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

Peggy Sasso
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __46__ months **is reduced to** __37 months__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __07/20/2023__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/12/2024

CHIEF UNITED STATES DISTRICT JUDGE

Effective Date: 02/01/2024
*(if different from order date)*

Honorable District Judge Kimberly L. Mueller
*Printed name and title*