UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>REGINALD KEITH CANNON, JR.,<br><br>Movant. | No.  1:22-cr-0119 KJM CKD<br><br><br><br>ORDER |

Movant requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in § 2255 proceedings.  <u>See, e.g.</u>, <u>Irwin v. United States</u>, 414 F.2d 606 (9th Cir. 1969).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Rules Governing Section 2255 Proceedings.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Accordingly, IT IS HEREBY ORDERED that movant's request for appointment of counsel (ECF No. 52) is denied.

Dated:  July 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks/cann0119.207