UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>REGINALD KEITH CANNON, JR.,,<br><br>Movant. | No.  1:22-cr-0119 KJM CKD P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Under Rule 4 of the Rules Governing Section 2255 Cases, the court must review all § 2255 motions and summarily dismiss any motion if it is plain that the movant is not entitled to relief.  Having conducted the required review, the court finds that summary dismissal is not appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to movant's § 2255 motion within sixty days of this order.  See Rule 4, Rules Governing Section 2255 Proceedings.

/////

/////

/////

/////

1

2. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.

3. Movant's traverse, if any, is due thirty days from the date respondent's response.

Dated: July 23, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cann0119.200