UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>REGINALD KEITH CANNON, JR.,<br><br>Movant. | No. 1:22-cr-0119 KJM CKD<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding pro se with a 28 U.S.C. § 2255 motion. On September 12, 2024, respondent filed a motion to dismiss. Movant has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that movant file an opposition or a statement of non-opposition to respondent's pending motion to dismiss within thirty days. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: April 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cann0119.246