UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>REGINALD KEITH CANNON, JR.,<br><br>Movant. | No. 1:22-cr-0119 DC CKD<br><br>FINDINGS AND RECOMMENDATIONS |

Movant is a federal prisoner proceeding pro se with a 28 U.S.C. § 2255 motion. On September 12, 2024, respondent filed a motion to dismiss. On April 16, 2025, movant was granted 30 days within which to file a response to the motion. Movant was warned that failure to file a response would result in a recommendation that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff has not filed a response. Although it appears from the file that movant's copy of the court's April 16, 2025, order was returned, movant was properly served. It is movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

////

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, movant may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Movant is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 20, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cann0119.frs